UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JOSHUA COOPER and KENDALL RICHBURG,

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK, DETECTIVE RAUL MAISONET, Shield # 09285, UC# CO209, Shield # 0209, UC# CO217, Shield # 0217, POLICE OFFICER JAVIER MUNOZ, Shield # 10519, POLICE OFFICER KYLE STANLEY, Shield # 3809, LIEUTENANT TERRENCE CREIGHTON, #921241

                              Defendants.

---------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

11 CV 2554 (NGG)(RLM)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
        June 20, 2012

Anthony C. Ofodile, Esq.
Ofodile & Associates, P.C.
*Attorney for Plaintiff*
498 Atlantic Avenue
Brooklyn, New York 11217

By: _____
    Anthony C. Ofodile, Esq.

MICHAEL A. CARDOZO
Corporation Counsel
of the City of New York
*Attorney for Defendant City*
100 Church Street, Room 3-173
New York, N.Y. 10007

By: _____
    Jenny Weng
    Assistant Corporation Counsel

SO ORDERED:

_____
NICHOLAS G. GARAUFIS, U.S.D.J.