07/05/2012 04:55   Received: 7188527361   LAW OFFICES   Jul 5 2012 04:55pm   PAGE 02/02

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 1 2 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSHUA COOPER and KENDALL RICHBURG,

                                Plaintiffs,

-against-

THE CITY OF NEW YORK, DETECTIVE RAUL
MAISONET, Shield # 09285, UC# CO209, Shield # 0209, UC#
CO217, Shield # 0217, POLICE OFFICER JAVIER MUNOZ,
Shield # 10519, POLICE OFFICER KYLE STANLEY, Shield #
3809, LIEUTENANT TERRENCE CREIGHTON, #921241

                                Defendants.

------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

11 CV 2554 (NGG)(RLM)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
June 20, 2012

Anthony C. Ofodile, Esq.
Ofodile & Associates, P.C.
*Attorney for Plaintiff*
498 Atlantic Avenue
Brooklyn, New York 11217

By: _____
Anthony C. Ofodile, Esq.

MICHAEL A. CARDOZO
Corporation Counsel
 of the City of New York
*Attorney for Defendant City*
100 Church Street, Room 3-173
New York, N.Y. 10007

By: _____
Jenny Weng
Assistant Corporation Counsel

SO ORDERED:

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS, U.S.D.J.
July 9, 2012